IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KIRK MACKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:24-CV-00696 |
| RRH-DEN, LLC, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SETTLEMENT**

Plaintiff, KIRK MACKEY, by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendant, RRH-DEN, LLC.

Plaintiff and Defendant, RRH-DEN, LLC, are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal with Prejudice once the agreement is finalized. Plaintiff and Defendant request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 17th day of July, 2024.

                              Law Offices of
                              THE SCHAPIRO LAW GROUP, P.L.

                              /s/ Douglas S. Schapiro
                              Douglas S. Schapiro, Esq.
                              Southern District of Texas ID No. 3182479
                              The Schapiro Law Group, P.L
                              7301-A W. Palmetto Park Rd., #100A
                              Boca Raton, FL 33433
                              Tel: (561) 807-7388
                              Email: schapiro@schapirolawgroup.com

## **CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 17th day of July 2024.

                              /s/ Douglas S. Schapiro
                              Douglas S. Schapiro, Esq.
                              Southern District of Texas ID No. 3182479