Case 4:24-cv-00696   Document 30   Filed on 08/07/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 07, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KIRK MACKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) Case No. 4:24-CV-00696 |
| RRH-DEN, LLC, | ) |
| | ) |
| Defendant. | ) |

### ORDER OF DISMISSAL

The parties in this case have filed a Joint Stipulation of Dismissal with Prejudice. ECF No. 29. In accordance with that Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims that were or could have been asserted by Plaintiff against Defendant, RRH-DEN, LLC, and this entire action, are hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, fees, and expenses.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 7th day of August, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE